## CHANDLER *against* BRECKNELL.

E. GRIFFEN, moved to set aside the *capias ad respondendum*, tested the 30th October, 1825, returnable the 3d Monday of February next, on the ground that it was tested out of term, no term of October, 1825, having passed.

*P. Gridley*, contra, moved to amend; and he read an affidavit showing that the wrong test arose from a clerical mistake.

*Curia.* We have never gone so far as to allow an amendment of mesne process against the body, where it is tested out of term. Let the *capias* be set aside, on the defendant's stipulating not to bring an action of false imprisonment.

*Griffen.* An action is already brought.

*Curia.* Then you must discontinue it, on payment of the costs of your action.

Rule accordingly.

*A capias ad respondendum, tested out of term by mistake, set aside on the defendant's stipulating, on payment of costs, to discontinue an action of false imprisonment which he had brought against the plaintiff.*

*Mesne process against the body tested out of term is not amendable.*